# United States District Court

## WESTERN DISTRICT OF NEW YORK

David Cooper

v.

Niagara Community Action Program

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 08-cv-468S

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant's motion for summary judgment (Docket No. 32) is granted.  Case is closed.

Date: March 31, 2010

MICHAEL J. ROEMER, CLERK

s/Jean Marie McCarthy
Deputy Clerk